## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMIE AKULA** | * | CIVIL ACTION NO. |
| Plaintiff | * | JUDGE |
| | * | |
| **VERSUS** | * | |
| | * | MAGISTRATE JUDGE |
| **STATE FARM FIRE AND** | * | |
| **CASUALTY COMPANY** | * | A JURY IS DEMANDED |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF REMOVAL

TO:   The Honorable Judges
      of the United States District Court
      for the Eastern District of Louisiana

**NOW INTO COURT,** through undersigned counsel, comes Defendant, State Farm Fire and Casualty Company (hereinafter "Defendant" or "State Farm"), who submits this Notice of Removal pursuant to 28 U.S.C. §§ 1332 and 1441, and hereby removes this matter from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to the docket of this Honorable Court on the grounds set forth below:

**I.   BACKGROUND**

1.

On July 6, 2023, Plaintiff filed this lawsuit against State Farm in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, bearing Docket No. 843-106. *See* Exhibit 1, Plaintiff's Petition for Damages.

2.

This lawsuit suit seeks damages from Defendant for property damages allegedly sustained by Plaintiff and allegations of improper claim handling by State Farm as a result Hurricane Ida on August 29, 2021. *See id*.

3.

The petition seeks recovery for property damages under a policy of insurance issued by State Farm, as well as additional damages including expenses of repairs, damaged personal property, remediation costs, consequential damages, and professional expenses of expert and attorneys' fees. *See id*.

4.

Plaintiff is a person of majority and domiciled in the State of Louisiana. Plaintiff is the owner of the home and property at 426 Tudor Avenue, River Ridge, LA 70123. *See id*.

5.

The Petition contends that State Farm Fire and Casualty Company is a foreign insurance company. *See id*.

6.

Plaintiff contends State Farm issued an insurance policy to Plaintiff for the property at 426 Tudor Avenue, River Ridge, LA 70123. *See id*.

7.

State Farm was served with the Petition for Damages through the Secretary of State on August 4, 2023, and through CSC on August 8, 2023. *See* Exhibit 2, Notice of Service of Process.

## II.  REMOVAL IS PROPER BECAUSE THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1332

### A.  AMOUNT IN CONTROVERSY IS SATISFIED

8.

28 U.S.C. § 1332 provides federal district courts with concurrent original jurisdiction in cases "where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between (1) citizens of different States . . . ."

9.

The Fifth Circuit has explained that for purposes of establishing removal jurisdiction, a defendant may demonstrate that the amount in controversy exceeds $75,000, "in either of two ways: (1) by demonstrating that it is 'facially apparent' from the petition that the claim likely exceeds $75,000 or (2) 'by setting forth *the facts* in controversy – preferably in the removal petition, but sometimes by affidavit – that support a finding of the requisite amount.'" *See Grant v. Chevron Phillips Chemical Co.*, 309 F.3d 864, 868 (5th Cir. 2002) (emphasis in original) (quoting *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995)).

10.

In this case, Plaintiff's counsel has provided documentation to State Farm claiming that Plaintiff's claims exceed $75,000. On July 5, 2023, Plaintiff's counsel provided an estimate from Kotter Appraisals totaling approximately $410,660.25. (Exhibit "3"- Estimate).

13.

In this case, the facts in controversy support a finding that Plaintiff's damages exceed $75,000.

14.

Further, Plaintiff's Petition makes allegations against State Farm for various damages, including personal property damage and repairs costs. Plaintiff also seeks bad faith penalties pursuant to La. R.S. § 22:1973 and La. R.S. § 22:1892 and attorney's fees.

15.

While Defendant admits no liability, nor any element of damages, Defendant has met its burden of showing that the amount in controversy is in excess of SEVENTY-FIVE THOUSAND AND NO/100 ($75,000.00) DOLLARS, exclusive of interest and costs.

### B. ALL PARTIES ARE DIVERSE

16.

Plaintiff admits that he is a person of the age of majority and domiciled in River Ridge, LA *See* Exhibit 1.

17.

State Farm Fire and Casualty Company is a foreign insurer incorporated in the state of Illinois with its principal place of business in the State of Illinois. *See* Exhibit 4, Louisiana Department of Insurance Listing for State Farm Fire and Casualty Company.

18.

Accordingly, there is complete diversity of citizenship between Plaintiff and Defendant.

### C. DEFENDANT HAS SATISFIED THE JURISDICTIONAL REQUIREMENTS FOR REMOVAL

19.

Given the above, this is a civil action over which the United States District Court for the Eastern District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C.

§ 1332, *et. seq.*, as the amount in controversy exceeds $75,000.00, exclusive of interests and costs, and complete diversity exists between all adverse parties. As such, removal is appropriate.

20.

The 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(c). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

21.

Pursuant to 28 U.S.C. § 1446(a), a copy of the Petition for Damages is attached hereto and marked by identification as Exhibit "1." Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon Plaintiff and a copy is being filed with the Clerk of Court for the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

22.

No previous application has been made for the relief requested herein.

23.

Consistent with the provisions under 28 U.S.C. § 1446(d), no further proceedings shall occur in this matter in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

24.

By filing this Notice of Removal, Defendant does not waive and hereby reserves all defenses and objections.

25.

The Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and Uniform Local Rules of the District Courts.

26.

Defendant is entitled to and requests a trial by jury herein on all issues

**WHEREFORE**, Defendant, State Farm Fire and Casualty Company, respectfully prays that the above-numbered and entitled cause of action on the docket of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, be hereby removed from said court to the docket of United States District Court for the Eastern District of Louisiana, for a trial by jury herein, and for all other general and equitable relief.

Respectfully submitted,

  /s/ *Lindsay G. Faulkner*
PETER J. WANEK (# 23353)
LINDSAY G. FAULKNER (#33863)
MEGAN T. JAYNES (# 34785)
ROBERT D. PEYTON (#23251)
**WANEK KIRSCH DAVIES LLC**
1340 Poydras Street, Suite 2000
New Orleans, LA 70112
Telephone:  504-324-6493
Facsimile:  504-324-6626
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing was sent via electronic mail to all counsel of record and filed electronically with the Clerk of Court using the CM/ECF system this 1st day of September, 2023.

  /s/ *Lindsay G. Faulkner*